## COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
## U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 4-27-23

FILED
U.S. District Court
District of Kansas

APR 27 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Adriana Gonzalez-Saldivar

    Defendant.

Case No. 23-M-6097-01-KGG

Age: 29

- JUDGE: ☐ Birzer ☑ Gale
- DEPUTY CLERK: ☐ Anderson ☑ Carter
- INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Sanny Welch
DEFENSE COUNSEL: Jennifer Amyx
TAPE NO.: 2:03 - 2:10

### PROCEEDINGS

- ☐ Initial Appearance
- ☑ Initial Rule 5(c)(3)  7 min
- ☐ Sentencing
- ☐ In-Court Hearing: _____
- ☐ Arraignment  ☐ Reading waived
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☐ Pretrial Conference
- ☐ Not Guilty Plea Entered

- ☐ Complaint  ☑ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☑ No. Counts: 2  ☐ Forfeiture
- ☑ Felony  ☐ Misdemeanor  ☐ Pet. Revoke Bond
- ☑ Charges/Viols. and penalties explained to Defendant
- ☑ Constitutional rights explained
- ☑ Defendant affirmation/sworn  ☑ Examined re: financial status  ☑ Counsel appointed
- ☑ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☑ Transfer to: So. Dist. of Texas @ McAllen
- ☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

- ☐ Release ordered
- ☑ Oral Mot. for ~~temp~~ det.; granted
- ☐ Bond fixed at: $_____
- ☑ Detention ordered
- ☐ Continued on present bond/conditions
- ☑ Remanded to custody

- ☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
- ☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
- ☐ Oral Motion by Government for detention is  ☐ granted.  ☐ denied.  ☐ withdrawn.  ☐ taken under advisement.
- ☐ Oral Motion by Defendant to continue detention and preliminary hearing is  ☐ granted.  ☐ denied.
- ☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
- ☑ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☑ as directed before Judge *in charging district.*
    ☐ per the Scheduling Order of Judge _____
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    In Courtroom _____ or Via ZoomGov
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____